1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ELSA BANUELOS, | Case No. 2:21−cv−06114−DSF−AS |
|---|---|
| Plaintiff, | Assigned to Hon. Dale S. Fischer |
| v. | **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| TARGET CORPORATION, a Minnesota Corporation; and DOES 1-20, Inclusive, | |
| Defendants. | |

1 | Based on the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its/her own attorneys' fees and costs.

Dated: _____, 2021

                                        Honorable Dale S. Fischer
                                        United States District Judge