UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELSA BANUELOS, | Case No. 2:21−cv−06114−DSF−AS |
| Plaintiff, | Assigned to Hon. Dale S. Fischer |
| v. | **ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| TARGET CORPORATION, a Minnesota Corporation; and DOES 1-20, Inclusive, | |
| Defendants. | |

-1-

1  Based on the stipulation of the parties, and good cause appearing therefor, IT
2  IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE,
3  each side to bear its/her own attorneys' fees and costs.
4
5  Dated: September 3, 2021
6
7  _____
8  Honorable Dale S. Fischer
   United States District Judge